IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SUSAN CATHCART,
Plaintiff,

v.

Case No. 18–CV–01465–JPG–DGW

COMMISSIONER OF SOCIAL SECURITY,
Defendant.

## **JUDGMENT**

This matter having come before the Court and Plaintiff having failed to effect service,

**IT IS HEREBY ORDERED AND ADJUDGED** that the claims against Defendant Commissioner of Social Security are **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

**Dated: September 3, 2019**             Margaret M. Robertie, Clerk of Court

                                             **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
                   **U.S. District Judge**